IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01250-WJM-BNB

JAMES NEISLER,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE COMPANIES, INC., d/b/a Correctional Healthcare Management, Inc.,
CHC COMPANIES, INC., and
RON WAITS,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [docket no. 15, filed October 6, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

    Deadline to amend:    **October 31, 2014**;
        The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 12, 2015**;

        The defendants shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 12, 2015**;

        The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 10, 2015**;

    Discovery Cut-off:    **April 10, 2015;**
    Dispositive Motions Deadline:    **May 7, 2015**.

      IT IS ORDERED that the Pretrial Conference set for May 11, 2015, is **vacated and reset to July 14, 2015, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **July 7, 2015**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

DATED:  October 6, 2014